IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01314-RPM

KURT J. HUFFMAN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a
CIGNA Group Insurance and CIGNA Disability Insurance,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary


    The Unopposed Motion to Vacate and Reset Scheduling Conference [9] is granted. The conference is reset for **September 13, 2007, at 10:00 a.m.** The proposed scheduling must be submitted to chambers by **September 6, 2007.**


Dated: August 10, 2007