IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01314-RPM

KURT J. HUFFMAN,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a
CIGNA Group Insurance and CIGNA Disability Insurance,

        Defendant.

---

ORDER DENYING MOTION TO DISMISS

---

        Upon consideration of LINA's Motion to Dismiss [13] filed on September 19, 2007, it is

        ORDERED that the motion is denied.

        Dated: November 15th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge