IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01314-RPM

KURT J. HUFFMAN,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a
CIGNA Group Insurance and CIGNA Disability Insurance,

        Defendant.

---

## ORDER OF DISMISSAL

---

        Pursuant to the Joint Stipulation for Dismissal [16] filed on February 15, 2008, it is

        ORDERED that this action is dismissed with prejudice with the parties to bear their own legal fees and costs.

        Dated: February 19th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge